EXHIBIT "1"

EXHIBIT "1"

**LMS Packing Slip**

# Package ID: 2698393

| | |
|---|---|
| **Tracking Number:** | 786234762348 |
| **Package Recipient:** | Rhonda McCurtain |
| **Recipient Company:** | Lazer Spot |
| **Recipient Address:** | 6525 Shiloh Road Suite 900 Alpharetta GA 30005 USA |
| **Phone Number:** | 6787712617 |

**Package Contents:**

| Transmittal Number | Case Number | Title of Action |
|---|---|---|
| 16502718 | A-17-752871-C | Lepatrick Featherston vs. Lazer Spot, Inc. |



CORPORATION SERVICE COMPANY®

# Notice of Service of Process

null / ALL
Transmittal Number: 16502718
Date Processed: 04/13/2017

| Primary Contact: | Rhonda Wilcox McCurtain |
| | Lazer Spot |
| | 6525 Shiloh Road |
| | Suite 900 |
| | Alpharetta, GA 30005 |

| | |
|---|---|
| Entity: | Lazer Spot, Inc. |
| | Entity ID Number  2946485 |
| Entity Served: | Lazer Spot, Inc. |
| Title of Action: | Lepatrick Featherston vs. Lazer Spot, Inc. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Class Action |
| Court/Agency: | Clark County District Court, Nevada |
| Case/Reference No: | A-17-752871-C |
| Jurisdiction Served: | Nevada |
| Date Served on CSC: | 04/11/2017 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Kaine Messer |
| | 702-259-7777 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882  |  sop@cscglobal.com

SUMM

# District Court
## CLARK COUNTY, NEVADA

ORIGINAL

LEPATRICK FEATHERSTON, an individual,
on behalf of himself and all persons similarly
situated;

Plaintiffs,

vs.

LAZER SPOT, INC., a foreign corporation;
EMPLOYEE(S)/AGENT(S) DOES I-X; and
ROE CORPORATIONS XI-XX, inclusive,

Defendants.



Case No.  A-17-752871-C
Dept. No. XXXII

## SUMMONS

---

NOTICE!   YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.  READ THE INFORMATION BELOW.

TO THE DEFENDANT: A Civil Complaint has been filed by the plaintiff against you for the relief set forth in the Complaint.

### Lazer Spot, Inc. c/o CSC Services of Nevada, Inc.

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following:
   a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court.
   b. Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

Issued at the request of:

STEVEN D. GRIERSON, CLERK OF COURT

By: _____
Deputy Clerk                    Date

MAR 23 2017

_____
Kaine Messer
Nevada Bar No. 14240
170 S. Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Attorney for Plaintiff

County Courthouse
200 South Third Street
Las Vegas, Nevada 89101

VIVIAN A. CANELA

*NOTE: When service is by publication, add a brief statement of the object of the action.
          See Rules of Civil Procedure, Rule 4(b).

STATE OF _____ )

                              ) ss:       AFFIDAVIT OF SERVICE

COUNTY OF_____ )

_____, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made. That affiant received _____ copy(ies) of the Summons and Complaint, on the ___ day of _____, 2017 and served the same on the ____ day of _____, 2017 by:

**(affiant must complete the appropriate paragraph)**

1.     delivering and leaving a copy with the defendant _____ at (state address)_____.

2.     serving the defendant _____ by personally delivering and leaving a copy with , a person of suitable age and discretion residing at the defendant's usual place of abode located at (state address) _____.

                (Use paragraph 3 for service upon agent, completing A or B)

3.     serving the defendant _____ by personally delivering and leaving a copy at (state address) _____.

        a.    with _____ as _____, an agent lawfully designated by statute to accept service of process;

        b.    with _____, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

4.     personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope postage prepaid (check appropriate method):

                _____ Ordinary mail
                _____ Certified mail, return receipt requested
                _____ Registered mail, return receipt requested

      addressed to the defendant _____ at the defendant's last known address which is (state address) _____.

        Executed this _____ day of _____, 20_____.

                                    _____

                                    Signature of person making service

SUBSCRIBED AND SWORN to before me this

____ day of _____, 2016.

NOTARY PUBLIC in and for said County and State

My commission expires:

Electronically Filed
03/22/2017 04:19:13 PM

CLERK OF THE COURT

1  **COMJD**
GABROY LAW OFFICES
2  Christian Gabroy (#8805)
Kaine Messer (#14240)
3  The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
4  Henderson, Nevada 89012
Tel    (702) 259-7777
5  Fax    (702) 259-7704
christian@gabroy.com
6  kmesser@gabroy.com
*Attorneys for Plaintiff*

7

8              EIGHTH JUDICIAL DISTRICT COURT

9                 CLARK COUNTY, NEVADA

10  LEPATRICK FEATHERSTON, an          Case No.: A-17-752871-C
individual, on behalf of himself and all   Dept.:    XXXII
11  persons similarly situated;

12                    Plaintiffs,       **COMPLAINT WITH JURY DEMAND**

13  vs.

14  LAZER SPOT, INC., a foreign
corporation; EMPLOYEE(S)/AGENT(S)
15  DOES I-X; and ROE CORPORATIONS XI-
XX, inclusive,
16
                    Defendants.
17

18                       **COMPLAINT**

19       COMES NOW Plaintiff Lepatrick Featherston, an individual ("Plaintiff" or

20  "Featherston"), on behalf of himself and all other persons similarly situated, and hereby

21  alleges and complains against Defendant Lazer Spot, Inc., ("Defendant" or "Lazer

22  Spot") and states as follows:

               **NATURE OF PLAINTIFF'S CLAIMS**

23       1.     This lawsuit arises under the Fair Labor Standards Act, 29 U.S.C. §201, *et*

24  *seq.* ("FLSA") for Defendant's failure to pay lawful wages to Plaintiff and those similarly

25  situated.

26       2.     This lawsuit also arises under Nevada state law in regards to a singular

27  action on behalf of the named Plaintiff Featherston for Defendant's failure to pay him his

28  lawful wages.

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

3.     Plaintiff customarily worked for Defendant but was not paid all of his lawful wages for time worked, including but not limited to, failure to pay Plaintiff a lawful wage for each hour worked over forty hours per week and/or over eight hours per day. Defendant's unlawful compensation practices have had the effect of denying Plaintiff his earned wages including but not limited to owed overtime wages during the periods of employment for Plaintiff and during the relevant statutory time periods.

4.     Plaintiff brings this action both as a collective action per 29 U.S.C. Sec. 216(b) and as a single action in regards to Plaintiff's claims under Nevada law.

5.     Plaintiff herein demands a jury trial on all issues triable by jury.

## THE PARTIES

6.     At all times relevant, Plaintiff was a resident of Clark County, State of Nevada, where the unlawful activities occurred.

7.     Plaintiff is a citizen of the state of Nevada.

8.     Plaintiff was employed as a yard driver by Defendant Lazer Sport in Las Vegas, Nevada from on or about February 11, 2015 to on or about January 24, 2017.

9.     Plaintiff is informed and believes, and thereon alleges that at all times relevant, the named corporate Defendant Lazer Spot was a foreign corporation doing business in the State of Nevada, Clark County, and was licensed to do business in this jurisdiction, and is an "enterprise" as that term is defined in Section 3(r)(1) of the Fair Labor Standards Act, 29 U.S.C. §203 ("FLSA").

10.     More specifically, Defendant was an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1)(A) of the FLSA, in that Defendant has engaged in annual gross volume of sales made or business done in excess of the $500,000.00 minimum threshold requirement of the FLSA, exclusive of excise taxes. §201 *et. seq.*

11.     Based on information and belief, at all relevant times, Defendants were the partners, joint ventures, alter-egos, successor companies, agents, co-conspirators, servants, and employees of each of the other Defendants herein, and were acting at all

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

Page 2 of 10

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

relevant times within the scope, purpose and authority of said partnership, joint venture, agency, service, employment, and conspiracy, and with the knowledge, consent, permission, acquiescence, and ratification of their co-defendants.

12.    Based on information and belief, Defendant Lazer Spot is a Foreign Corporation, licensed and listed with the Secretary of State in Nevada to do business in Nevada.

13.    Based on information and belief, Defendant Lazer Spot is a professional services corporation that specializes in yard management including but not limited to spotting, shuttling within 100 miles, trailer rentals, gate personnel staffing, and computerized yard management systems.

14.    Based on information and belief, Defendant Lazer Spot, Inc. is currently listed as "active" with the Secretary of State in Nevada and continues to do business in Nevada.

15.    At all times relevant, Defendant Lazer Spot was Plaintiff Featherston's employer as such term is defined in the Nevada Constitution, and N.R.S. Chapter 608 *et. seq.* in that it had custody or control over the Plaintiff, his employment, had responsibility for Plaintiff's labor and employment matters while Plaintiff was employed by them at the time Plaintiff's wages were lawfully due.

16.    At all times relevant, Defendant Lazer Spot was Plaintiff's employer as such term is defined in the FLSA 29 U.S.C. §203 *et. seq.* in that it had custody or control over Plaintiff's labor and employment matters while Plaintiff was employed by them at the time Plaintiff's wages were lawfully due.

17.    At all times relevant, Plaintiff was an employee of Defendant as that term is defined 29 U.S.C. §203 *et. seq.*

18.    Plaintiff was not exempt from any overtime provisions of the FLSA and Nevada law.

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

1   19.   Defendant Lazer Spot managed Plaintiff's work and dictated, controlled

2   and ratified the wage and hour policies and all related employee compensation policies

3   of Plaintiff and similarly situated employees.

4   20.   Plaintiff does not know the true names or capacities of Defendants sued

5   herein as Does I-X or Roe Corporations XI-XX inclusive and will seek leave to amend

6   this Complaint to correctly designate those parties as soon as their correct names and

7   capacities are ascertained. Plaintiff is informed and believe and thereupon allege that

8   each of said Defendants were in some manner legally responsible for the unlawful

9   actions set forth herein and acting as Plaintiff's employer.

10   21.   On or about February 7, 2017, Plaintiff mailed a five (5) day demand,

11   pursuant to NRS §608.140 to Defendant.  A true and accurate copy of such demand is

12   hereby attached as Exhibit I. Defendant did not honor such demand within five days and

13   the demand was withdrawn.

14   ## JURISDICTION AND VENUE

15   22.   This Court has jurisdiction over Plaintiff's FLSA claims pursuant to 29

16   U.S.C. §216(b) which states in relevant part that this action may be maintained in any

17   Federal or State court of competent jurisdiction.

18   23.   This Court also has jurisdiction over Nevada state law claims.

19   24.   Plaintiff hereby files notice of his consent to joinder. Such true and correct

20   copy of his consent to joinder is hereby attached as Exhibit II.

21   ## REPRESENTATIVE ALLEGATIONS

22   25.   The named Plaintiff brings Plaintiff's FLSA claims on his own behalf, on

23   the behalf of the class of all persons similarly situated, and on behalf of the general

24   public.

25   26.   The claims of the named Plaintiff are typical of the claims of the above

26   described plaintiff class in that the interests of the named Plaintiff are co-extensive with

27   the interests of the other members of the plaintiff class, there is a lack of adverse

28   interests between the named Plaintiff and the other members of the plaintiff class, and

common questions of law and fact exist as to the claims of the named Plaintiff and the claims of the members of the plaintiff class. The named Plaintiff will fairly and adequately protect the interests of the plaintiff class, will serve as an adequate representative plaintiff on behalf of the plaintiff class, and has retained experienced counsel that are qualified to represent the plaintiff class.

## GENERAL ALLEGATIONS

27.   On or about February 11, 2015, Plaintiff was hired and began work for Defendant.

28.   Defendant hired Plaintiff as a yard driver.

29.   Plaintiff was hired as a yard driver whose daily tasks included but were not limited to driving trailers around the yard area, staging delivery trucks, and driving to outside locations to retrieve products loaded onto pallets.

30.   As such, Plaintiff seeks a collective action on behalf himself and all those similarly situated to him.

31.   Plaintiff Featherston was paid on an hourly basis at a rate of $16.50. *See* a true and correct copy of Plaintiff's redacted paycheck attached as Exhibit III.

32.   Defendant routinely instructed and required Plaintiff to work in excess of forty hours per week and/or eight hours per day.

33.   Plaintiff routinely worked in excess of forty hours per week and in excess of eight hours a day, but Defendant did not provide Plaintiff overtime compensation for such work. For example and on a weekly basis, Defendant failed to pay Plaintiff overtime wages for work during the week of July 25, 2016 to July 31, 2016 during which Plaintiff worked in excess of forty hours per week. *See* Exhibit III.

34.   Defendant failed to pay Plaintiff overtime wages for work during the week of August 1, 2016 to August 7, 2016 during which Plaintiff worked in excess of forty hours per week but was not paid overtime compensation. *See* Exhibit III.

35.   Pursuant to 29 U.S.C. §207, Plaintiff was entitled to be compensated at a rate of one and one-half times a regular hourly rate of pay for all time worked in excess

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

of forty hours in individual workweeks.

36.     Defendant did not compensate Plaintiff at a rate of one and one-half times his regular hourly rate of pay for all time worked in excess of forty (40) hours in individual workweeks and/or Defendant did not pay Plaintiff for all hours worked.

37.     On or about January 24, 2017, Plaintiff was no longer employed by Defendant.

38.     On information and belief, Defendant represents to the general public that it "is the industry leader in third-party yard management services."

39.     On information and belief, Defendant represents to the general public that its "2000-plus employees work at operations in 30 states."

## COUNT I
## VIOLATION OF THE FAIR LABOR STANDARDS ACT – WAGES
## 29 U.S.C. §203 et. seq.
## NAMED PLAINTIFF INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED AGAINST ALL DEFENDANTS

40.     Plaintiff hereby repeats and realleges the allegations contained in the preceding Paragraphs 1 through 39 as though fully set forth herein and incorporates the same herein by reference.

41.     This count arises from Defendant's violation of the FLSA, 29 U.S.C. §201 et. seq. for its failure to pay Plaintiff overtime compensation for each hour worked.

42.     At all material times hereto, Plaintiff was employed by Defendant as an "employee" within the meaning of §203(e)(1) of the FLSA.

43.     Plaintiff performed a variety of job duties, labor, services, and responsibilities for Defendant within this judicial district that are subject to the aforesaid provisions of the FLSA.

44.     Plaintiff performed a variety of job duties and responsibilities such as that of a yard driver for Defendant within this judicial district.

45.     Such job duties and responsibilities included but were not limited to driving trailers around the yard area, staging delivery trucks, and driving to outside locations to retrieve products loaded onto pallets.

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

46.   Plaintiff had been an employee of the Defendant during the time period pertinent to this Complaint, and during a portion of the three years immediately preceding the initiation of this action.

47.   At all material times hereto, Defendant was Plaintiff's "employer" per the FLSA, 29 U.S.C. §203(d).

48.   The named Plaintiff brings this first claim for relief pursuant to 29 U.S.C. 216(b) and has consented in writing to join this action. *See* Exhibit II, Plaintiff's Consent to Joinder.

49.   At all times relevant and during the course of his employment for Defendant, Plaintiff and those similarly situated were employed by Defendant and were not exempt from the overtime provisions of the FLSA 29 U.S.C. §207, *et. seq.*

50.   Pursuant to 29 U.S.C. §207, Plaintiff and those similarly situated to Plaintiff were entitled to be compensated at a rate of one and one half times a base hourly pay rate for each hour worked in excess of forty hours per week.

51.   Plaintiff and those similarly situated were directed by Defendant to work, and did such work in excess of forty hours per week.

52.   Defendant did not compensate Plaintiff at a rate of one and one-half times his regular hourly rate of pay for all time worked in excess of forty (40) hours in individual workweeks. Instead, Defendant provided Plaintiff with an hourly rate of $16.50 for all hours worked, including hours worked in excess of forty (40) in individual work weeks. For example, Plaintiff worked in excess of 40 (forty) hours per week but was paid only on a set hourly basis. In violation of the law, Plaintiff worked in excess of 40 hours per week but was not paid overtime compensation.

53.   Defendant's failure and refusal to pay lawful wages to Plaintiff for overtime wages owed violated the FLSA, 29 U.S.C. §207, *et. seq.*

54.   Defendant willfully violated the FLSA by refusing to pay Plaintiff and those similarly situated all lawful wages, including overtime compensation.

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704

55.     All of the alleged various violations of the law herein were committed intentionally and/or willfully by the Defendant herein.

56.     Per the FLSA, Plaintiff and those similarly situated who elect in writing to join this lawsuit by filing a written consent with the Court seek all available damages including but not limited to attorneys' fees, liquidated damages, and all lawful wages. Plaintiff seeks a judgment for unpaid overtime compensation, and additional liquidated damages of one hundred percent of any unpaid overtime compensation, such sums to be determined based upon an accounting of the hours worked by, and wages actually paid to the named Plaintiff.

57.     Plaintiff also seeks an award of attorney's fees, interest and costs as provided for by the FLSA.

**COUNT II**
**FAILURE TO PAY WAGES / OVERTIME**
**N.R.S. 608.05 et. seq.**
**NAMED PLAINTIFF INDIVIDUALLY AGAINST CORPORATE DEFENDANT**

58.     Plaintiff hereby repeats and realleges and incorporate paragraphs 1 through 57 of this Complaint as though fully set forth herein.

59.     Plaintiff brings this claim for unpaid overtime wages and penalties per Nevada State Law on behalf of himself only.

60.     NRS 608.005, et. seq. which applies to Defendant's business, states that an employee must be paid overtime, equal to one and a half times the employee's regular rate of pay, for all hours worked in excess of forty (40) hours per week or eight (8) hours per day. Defendant failed to pay Plaintiff his lawful wages in accordance with NRS 608.005, et. seq. by compensating Plaintiff on a set basis of $16.50 per hour although Plaintiff often worked over forty hours a week, Defendant failed to pay Plaintiff his lawful wages.

61.     Pursuant to N.R.S. 608.018, Plaintiff was entitled to receive one and one-half times his regular wage rate whenever he worked in excess of eight hours per day or forty hours per week.

62.     Plaintiff was routinely directed by Defendant to work in excess of eight hours per day and forty hours per week, and did such work, but Defendant did not pay Plaintiff one and one-half times their regular wage for such hours worked in excess of eight hours per day or forty hours per week.

63.     Plaintiff was not exempt from any provision of the Nevada statutes regarding overtime compensation.

64.     Defendant's failure and refusal to pay lawful wages to Plaintiff his overtime wages owed violated N.R.S. 608.005 *et. seq.*

65.     As a direct proximate result of Defendant's failure to pay lawful wages to Plaintiff and those similarly situated have suffered general, special, and consequential damages in an amount in excess of Fifteen Thousand Dollars ($15,000.00).

66.     Pursuant to NRS 608.005, 608.040 and 608.140, *et. seq.* Plaintiff seeks all available damages for such unlawful payment practices and improper records of wages.

67.     Plaintiff seeks all available damages for Defendant's violation of NRS 608.016 and suitable injunctive relief, along with attorney's fees, costs, and interest.

68.     It was necessary for Plaintiff to retain the services of an attorney to file this action which entitles Plaintiff to an award of reasonable attorneys' fees and costs in this suit.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1.  For damages in excess of $15,000.00;

2.  A judgment in the amount of all overtime wages, and lawful wages owed to Plaintiff;

3.  All damages and penalties owed to Plaintiff under NRS 608.005, *et. seq.*;

4.  For all damages and relief owed to Plaintiff under the Nevada Constitution;

5.  For liquidated damages;

6.  For injunctive relief;

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

7.  For declaratory relief;

8.  For attorneys' fees and costs incurred in this action; and

9.  For such other additional relief as the Court deems just and proper.

Dated this _22_ day of March 2017.

Respectfully submitted,

GABROY LAW OFFICES

By: _____

Christian Gabroy, Esq.
Kaine Messer, Esq.
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax    (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*

DMJT
GABROY LAW OFFICES
Christian Gabroy, Esq. (#8805)
Kaine Messer, Esq. (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax    (702) 259-7704
Christian@gabroy.com
Kmesser@gabroy.com
*Attorneys for Plaintiffs*

**EIGHTH JUDICIAL DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| LEPATRICK FEATHERSTON, an individual, on behalf of himself and all persons similarly situated; | Case No.<br>Dept. No. |
| Plaintiffs, | |
| vs. | **JURY DEMAND** |
| LAZER SPOT, INC., a foreign corporation; EMPLOYEE(S)/AGENT(S) DOES I-X; and ROE CORPORATIONS XI-XX, inclusive, | |
| Defendants. | |

COMES NOW Plaintiff Lepatrick Featherston ("Plaintiff" or "Featherston"), by and through the law firm of Gabroy Law Offices and hereby demands a jury trial of all issues in the above-captioned matter.

Dated this 22nd day of March 2017.

GABROY LAW OFFICES.

By: _____
Christian Gabroy (#8805)
Kaine Messer (#14240)
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Fax    (702) 259-77
*Attorneys for Plaintiff*

Page 1 of 1

# EXHIBIT I

Christian Gabroy, Esq.*

---------------------------------------

Kaine Messer, Esq. **

*Also admitted in Illinois
** Also admitted in California



GABROY LAW OFFICES
The District at Green Valley Ranch
170 S. Green Valley Pkwy. Ste. 280| Henderson, NV
89012
Office: (702) 259-7777 | Facsimile: (702) 259-7704

February 7, 2017

**FIVE DAY DEMAND UNDER NRS 608.140, NOTICE TO PRESERVE
EVIDENCE, NOTICE OF REPRESENTATION, AND DEMAND FOR
PERSONNEL FILE/PERSONNEL RECORDS UNDER NRS 613.075**

**VIA CERTIFIED MAIL**
Lazer Spot, Inc.
c/o CSC Services of Nevada, Inc.
2215-B Renaissance Drive
Las Vegas, NV 89119

*Re: Lepatrick Featherston*

Dear Lazer Spot, Inc.,

Our firm has been retained to represent the interests of Mr. Lepatrick Featherston ("Mr. Featherston") in relation to his former employment with Lazer Spot, Inc. ("Lazer Spot").

As Mr. Featherston is a represented party, any communication regarding him should be addressed to my office at the above address. This means any document, correspondence, and any other matter must be addressed to my attention per our rules of Professional Responsibility and other state and federal case law regarding this matter.

Per this notice herein, this is to serve as a letter of notice of preservation per *Zubalake v. UBS Warburg* and *Coleman v. Morgan Stanley*. This letter is to further serve as a litigation hold. Thus, no documents, whether in hard copy format or electronic format, shall be destroyed, altered, and/or tampered with in any fashion.

In the unlikely event that anyone has reviewed any evidence requested in this litigation hold notice and otherwise and determined that such evidence does not relate to this matter, this letter is to serve as a request that such evidence be

1 of 2

preserved in order to allow the jury to confirm such determination at trial.  Thus, this is to serve as notice to preserve all evidence.

Further this correspondence is to demand all personnel records of Mr. Featherston under NRS 613.075. Please provide all paystubs, time cards, records of wages, and all other personnel records while Mr. Featherston was employed with Lazer Spot, Inc. Please forward such records to my office immediately.

Under NRS 608.140, Mr. Featherston herein provides a five-day demand in the amount of $14,874.75 (Fourteen Thousand Eight Hundred Seventy-Four Dollars and Seventy-Five Cents). This appears to be an extremely reduced amount. If such demand is not met within five days, Mr. Featherston will withdraw this demand without notice and pursue his remedies to the fullest extent of the law.

If you have any questions, please feel free to contact me.

Very truly yours,

GABROY LAW OFFICES

Christian Gabroy, Esq.

CJG/lk/km

# EXHIBIT II

CONSENT TO JOINDER

I _Lepatrick Featherston_____, by signing below, hereby consent to join this case as a Plaintiff pursuant to 29. U.S.C. 216(b).

_____
Signature

# EXHIBIT III




*LAZER SPOT, INC.*

### Earnings   Statement

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| B20 | 000212 | 100489 | | 0000310977   1 |

961-0001

Period  Beginning:  07/25/2016
Period  Ending:  07/31/2016
Pay  Date:  08/05/2016

Taxable  Marital  Status:  Single
Exemptions/Allowances:
Federal:  2
NV:  No State Income Tax

LEPATRICK  DENTANIYON  FEATHERSTO
1701  ROCK  SPRINGS  DRIVE
#2133
LAS  VEGAS  NV  89128

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Driver Pay | 16.5000 | 50.50 | 833.26 | 27,542.73 |
| Extra Pay | | | | 49.50 |
| Gate Clerk | | | | 499.13 |
| Holiday | | | | 395.00 |
| Personal | | | | 132.00 |
| Gross Pay | | | $833.26 | 28,619.36 |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $791.15

Other Benefits and
| Information | this period | total to date |
|-------------|-------------|---------------|
| 401K Wages | 833.26 | |

Important Notes
YOUR COMPANY'S PHONE NUMBER IS 678-771-2600

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -79.90 | 2,986.46 |
| | Social Security Tax | -49.05 | 1,680.32 |
| | Medicare Tax | -11.47 | 392.98 |
| | Other | | |
| | Ad & D Emp | -0.76 | 23.74 |
| | Child Support | -38.08 | 1,180.48 |
| | Garn Admin Fee | -6.00 | 186.00 |
| | Ltd | -1.23 | 27.06 |
| | Ptax Dental | -2.00* | 62.00 |
| | Ptax Hsa | -5.00* | 365.00 |
| | Ptax Plan 1 | -34.13* | 1,058.03 |
| | Ptax Vision | -0.98* | 32.36 |
| | Spprt$ | -0.50 | 15.50 |
| | Vol Life | -1.50 | 46.50 |
| | Mvr | | 10.00 |
| | Net Pay | $602.66 | |
| | Checking1 | -602.66 | |
| | Net Check | $0.00 | |

LAZER  SPOT,  INC.
6525  SHILOH  ROAD , SUITE  900
ALPHARETTA , GA  30005

Advice number:  00000310977
Pay  date:  08/05/2016

Deposited  to the account of     account number   transit  ABA        amount
LEPATRICK  DENTANIYON  FEATHERSTON     xxxxxx4506    xxxx  xxxx    $602.66

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| B20 | 009212 | 100469 | | 0000320977  1 |

979-0001

*LAZER SPOT, INC.*



Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:     2
  NV:        No State Income Tax

# Earnings   Statement

**ADP**

Period  Beginning:    08/01/2016
Period  Ending:       08/07/2016
Pay Date:           08/12/2016

LEPATRICK  DENTANIYON  FEATHERSTO
1701  ROCK  SPRINGS  DRIVE
#2133
LAS  VEGAS  NV  89128

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Driver  Pay | 16.5000 | 42.50 | 701.25 | 28,243.98 |
| Extra  Pay | | | | 49.50 |
| Gate  Clerk | | | | 499.13 |
| Holiday | | | | 396.00 |
| Personal | | | | 132.00 |
| **Gross Pay** | | | **$701.25** | 29,320.61 |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $659.14

Other Benefits and
Information

| | this period | total to date |
|---|---|---|
| 401K  Wages | 701.25 | |

**Important  Notes**
YOUR COMPANY'S  PHONE NUMBER IS 678-771-2600

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income  Tax | -60.10 | 3,046.56 |
| | Social  Security  Tax | -40.87 | 1,721.19 |
| | Medicare  Tax | -9.56 | 402.54 |
| | **Other** | | |
| | Ad  &  D  Emp | -0.76 | 24.50 |
| | Child  Support | -38.08 | 1,218.56 |
| | Garn  Admin  Fee | -6.00 | 192.00 |
| | Ltd | -1.23 | 28.29 |
| | Ptax  Dental | -2.00* | 64.00 |
| | Ptax  Hsa | -5.00* | 370.00 |
| | Ptax  Plan 1 | -34.13* | 1,092.16 |
| | Ptax  Vision | -0.98* | 33.34 |
| | Spprt$ | -0.50 | 16.00 |
| | Vol  Life | -1.50 | 48.00 |
| | Mvr | | 10.00 |
| | **Net Pay** | | **$500.54** |
| | Checking1 | | -500.54 |
| | **Net Check** | | **$0.00** |

© 2009 ADP, LLC

LAZER  SPOT , INC.
6525  SHILOH  ROAD , SUITE  900
ALPHARETTA , GA 30005

Advice number:    00000320977
Pay date:         08/12/2016

Deposited  to the account  of

| | account number | transit  ABA | amount |
|---|---|---|---|
| LEPATRICK  DENTANIYON  FEATHERSTON | xxxxxx4506 | xxxx  xxxx | $500.54 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**IAFD**
GABROY LAW OFFICES
Christian Gabroy, Esq. (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel     (702) 259-7777
Fax     (702) 259-7704
Christian@gabroy.com
Kmesser@gabroy.com
*Attorneys for Plaintiff*

## DISTRICT COURT

### EIGHTH JUDICIAL DISTRICT COURT, CLARK COUNTY NEVADA

| | |
|---|---|
| LEPATRICK FEATHERSTON, an individual, on behalf of himself and all persons similarly situated; | Case No. Dept.: |
| Plaintiffs, | |
| vs. | |
| LAZER SPOT, INC., a foreign corporation; EMPLOYEE(S)/AGENT(S) DOES I-X; and ROE CORPORATIONS XI-XX, inclusive, | Initial Appearance Fee Disclosure |
| Defendants. | |

Pursuant to NRS Chapter 19, filing fees are submitted for parties appearing in the above-captioned action as indicated below:

Lepatrick Featherston, Plaintiff          $270.00

TOTAL REMITTED                          $270.00

///
///
///
///

Page 1 of 2

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

Dated this 22nd day of March 2017.

GABROY LAW OFFICES.

By: _____

Christian Gabroy (#8805)
Kaine Messer (#14240)
170 South Green Valley Parkway,
Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax    (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page 2 of 2

# DISTRICT COURT CIVIL COVER SHEET

A-17-752871-C

Clark County, Nevada

Case No. _____
*(Assigned by Clerk's Office)*

XXXII

## I. Party Information *(provide both home and mailing addresses if different)*

| Plaintiff(s) (name/address/phone): | Defendant(s) (name/address/phone): |
|---|---|
| LEPATRICK FEATHERSTON, an individual; | LAZER SPOT, INC., a foreign corporation; |
| | EMPLOYEE(S)/AGENT(S) DOES I-X; and |
| | ROE CORPORATIONS XI-XX, inclusive |

| Attorney (name/address/phone): | Attorney (name/address/phone): |
|---|---|
| Gabroy Law Offices | |
| 170 S Green Valley Parkway, Suite 280 | |
| Henderson, NV 89012 | |
| (702) 259-7777 | |

## II. Nature of Controversy *(please select the one most applicable filing type below)*

### Civil Case Filing Types

| Real Property | Torts | |
|---|---|---|
| **Landlord/Tenant** | **Negligence** | **Other Torts** |
| ☐ Unlawful Detainer | ☐ Auto | ☐ Product Liability |
| ☐ Other Landlord/Tenant | ☐ Premises Liability | ☐ Intentional Misconduct |
| **Title to Property** | ☐ Other Negligence | ☒ Employment Tort |
| ☐ Judicial Foreclosure | **Malpractice** | ☐ Insurance Tort |
| ☐ Other Title to Property | ☐ Medical/Dental | ☐ Other Tort |
| **Other Real Property** | ☐ Legal | |
| ☐ Condemnation/Eminent Domain | ☐ Accounting | |
| ☐ Other Real Property | ☐ Other Malpractice | |

| Probate | Construction Defect & Contract | Judicial Review/Appeal |
|---|---|---|
| **Probate** *(select case type and estate value)* | **Construction Defect** | **Judicial Review** |
| ☐ Summary Administration | ☐ Chapter 40 | ☐ Foreclosure Mediation Case |
| ☐ General Administration | ☐ Other Construction Defect | ☐ Petition to Seal Records |
| ☐ Special Administration | **Contract Case** | ☐ Mental Competency |
| ☐ Set Aside | ☐ Uniform Commercial Code | **Nevada State Agency Appeal** |
| ☐ Trust/Conservatorship | ☐ Building and Construction | ☐ Department of Motor Vehicle |
| ☐ Other Probate | ☐ Insurance Carrier | ☐ Worker's Compensation |
| **Estate Value** | ☐ Commercial Instrument | ☐ Other Nevada State Agency |
| ☐ Over $200,000 | ☐ Collection of Accounts | **Appeal Other** |
| ☐ Between $100,000 and $200,000 | ☐ Employment Contract | ☐ Appeal from Lower Court |
| ☐ Under $100,000 or Unknown | ☐ Other Contract | ☐ Other Judicial Review/Appeal |
| ☐ Under $2,500 | | |

| Civil Writ | | Other Civil Filing |
|---|---|---|
| **Civil Writ** | | **Other Civil Filing** |
| ☐ Writ of Habeas Corpus | ☐ Writ of Prohibition | ☐ Compromise of Minor's Claim |
| ☐ Writ of Mandamus | ☐ Other Civil Writ | ☐ Foreign Judgment |
| ☐ Writ of Quo Warrant | | ☐ Other Civil Matters |

*Business Court filings should be filed using the Business Court civil coversheet.*

3/22/2017
Date

Signature of initiating party or representative

*See other side for family-related case filings.*

Nevada AOC - Research Statistics Unit
Pursuant to NRS 3.275

Form PA 201
Rev 3.1

**NOTC**
GABROY LAW OFFICES
Christian Gabroy, Esq. (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax    (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorney for Plaintiff*

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| LEPATRICK FEATHERSTON, an individual, on behalf of himself and all persons similarly situated; | Case No.  A-17-752871-C<br>Dept. No. XXXII |
| Plaintiffs, | **NOTICE OF AFFIDAVIT OF SERVICE** |
| vs. | |
| LAZER SPOT, INC., a foreign corporation; EMPLOYEE(S)/AGENT(S) DOES I-X; and ROE CORPORATIONS XI-XX, inclusive, | |
| Defendants. | |

## <u>NOTICE OF AFFIDAVIT OF SERVICE</u>

COMES NOW Plaintiff Lepatrick Featherston by and through his attorneys of

record, Christian Gabroy, Esq. and Kaine Messer, Esq. of Gabroy Law Offices, and

hereby Notices the Affidavit of

///

///

///

///

Page 1 of 2

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704

Service Upon Lazer Spot, Inc. (*see Exhibit I*).

      DATED this 19ᵗʰ day of April 2017.

RESPECTFULLY SUBMITTED,

GABROY LAW OFFICES

By: _____

GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax   (702) 259-7704
*Attorneys for Plaintiff*

# EXHIBIT I

**AFFIDAVIT OF SERVICE**

**EIGHTH JUDICIAL DISTRICT COURT**
**CLARK COUNTY, STATE OF NEVADA**

LEPATRICK FEATHERSTON, an individual, on behalf of himself and all persons similarly situated,

Plaintiff(s)

v.

LAZER SPOT, INC., a foreign corporation; et al.,

Defendant(s)

Case No.:A-17-752871-C
Christian J. Gabroy, Esq.  Bar No. 8805
GABROY LAW OFFICES
170 S. Green Valley Parkway, Suite 280
Henderson, NV 89012
(702) 259-7777
*Attorneys for the Plaintiff*

Client File# Featherston

I, Judith Mae All, being sworn, states: That I am a licensed process server registered in Nevada.  I received a copy of the Summons; Complaint with Jury Demand, from GABROY LAW OFFICES

That on 4/11/2017 at 3:27 PM I served the above listed documents to Lazer Spot, Inc. - c/o CSC Services of Nevada, Inc., Registered Agent by personally delivering and leaving a copy at 2215-B Renaissance Drive, Las Vegas, NV 89119-6727 with Taylor Lee - Customer Service Specialist, a person of suitable age and discretion, authorized by Registered Agent to accept service of process at the above address shown on the current certificate of designation filed with the Secretary of State.

That the description of the person actually served is as follows:
Gender: Female, Race: Caucasian, Age: 20's, Height: Seated, Weight: 120 lbs., Hair: Black/Brown, Eyes:Brown/Glasses

I being duly sworn, states: that all times herein, Affiant was and is over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made.  I declare under perjury that the foregoing is true and correct.

Date: 4/18/17

*Judith Mae All*
Judith Mae All
Registered Work Card# R-040570
State of Nevada

(No Notary Per NRS 53.045)

Service Provided for:
Nationwide Legal Nevada, LLC
626 S. 7th Street
Las Vegas, NV 89101
(702) 385-5444
Nevada Lic # 1656



Order #:NV71047
Their File Featherston