**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| LEPATRICK FEATHERSTON, and individual, on behalf of himself and all persons similarly situated,<br><br>          Plaintiffs,<br><br>    vs.<br><br>LAZER SPOT, INC., a foreign corporation; EMPLOYEE(S)/AGENT(S) DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>          Defendants. | Case No. 2:17-cv-01221-APG-GWF<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR CIRCULATION OF NOTICE OF THE PENDENCY OF THIS ACTION PURSUANT TO 29 U.S.C. 216(b) AND FOR OTHER RELIEF** |

Defendant Lazer Spot, Inc. ("Lazer Spot"), and Plaintiff Lepatrick Featherston ("Plaintiff"), by and through their attorneys, hereby stipulate and agree that Plaintiff's Motion for Circulation of Notice of the Pendency of this Action Pursuant to 29 U.S.C. 216(b) and for Other Relief ("Motion for Conditional Certification") (Doc. No. 16) shall be denied without prejudice. On June 27, 2017, the Court entered the parties' proposed Scheduling Order.  (Doc No. 21). Pursuant to the Scheduling Order, the parties will engage in phased discovery and motions practice.  Phase 1 will be limited to the application of the Motor Carrier Act exemption to Plaintiff.  If no Motion for Summary Judgment is filed upon completion of Phase 1, or if resolution of a filed Motion for Summary Judgment results in the case proceeding, Plaintiff may file a Motion for Conditional Certification, including a renewal of his request for equitable tolling of the FLSA statute of limitations. This Stipulation is consistent with this Court's previous ruling in *Gaspar v. Supershuttle*, 15-cv-02149, Dkt. 33 and Dkt. 40.

Further, as the parties have agreed to such stipulation herein, the parties respectfully request that the hearing currently scheduled for 8/10/2017 at 9:30 am on Plaintiff's Motion, Dkt 16, be vacated pursuant to the terms of this Stipulation.


DATED: July 12, 2017

Respectfully submitted,


/s/ Christian Gabroy_____
Christian Gabroy
Nev. Bar. No. 008805
Kaine Messer
Nev. Bar. No. 014240
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Las Vegas, Nevada 89012
Telephone: 702-259-7777
Facsimile: 720-259-7704

Counsel for Plaintiff

/s/ Jeffrey L. Glaser_____
Brett C. Bartlett
*Admitted Pro Hac Vice*
*Seyfarth Shaw LLP*
Jeffrey L. Glaser
*Admitted Pro Hac Vice*
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Michael C. Mills
Nev. Bar. No. 003534
Aileen E. Cohen
Nev. Bar. No. 005263
Bauman Loewe Witt & Maxwell, PLLC
3650 North Rancho Drive, Suite 114
Las Vegas, Nevada 89130
Telephone: 702-240-6060
Facsimile: 720-240-4267

Counsel for Defendant
LAZER SPOT, INC.


IT IS SO ORDERED:

_George Foley Jr._
Hon. George Foley, Jr.
United States Magistrate Judge

Dated: _July 13, 2017_____