GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel     (702) 259-7777
Fax     (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEPATRICK FEATHERSTON, an individual, on behalf of himself and all persons similarly situated;<br><br>        Plaintiffs,<br><br>vs.<br><br>LAZER SPOT, INC., a foreign corporation; EMPLOYEE(S)/AGENT(S) DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>        Defendants. | Case No: 2:17-cv-01221-APG-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>(FIRST REQUEST) |

IT IS HEREBY STIPULATED, by and between Plaintiff Lepatrick Featherston ("Plaintiff") and Defendant Lazer Spot, Inc. ("Defendant") through their respective counsel, to extend the time for Plaintiff to file his Response to Defendant's Motion for Summary Judgment (ECF No. 30) up to and including **Friday, February 23, 2018.**

Such request of twenty-one days is herein made in good faith as Plaintiff's counsel needs further time for such pleading as Plaintiff's counsel has work commitments regarding an upcoming class action trial and needs additional time to complete such Response to Defendant's Motion for Summary Judgment.

Further, on November 11, 2017, the Court granted the parties' request to extend certain "Phase 1" discovery deadlines, and entered the parties' proposed order. (ECF No. 28). Under the terms of the Order, the deadline to file dispositive motions was January 12, 2018, and the deadline to file the joint pretrial order is February 5, 2018.

1    The Order also provides that the joint pretrial order deadline is applicable only if no

2    dispositive motions are filed.

3           In accordance with the Order, Lazer Spot filed its Motion for Summary Judgment

4    on January 12, 2018. (ECF No. 30). Accordingly, the parties therefore also request that

5    the Court postpone the deadline for the parties to file the joint pretrial order, and reset

6    the deadline after it rules on the pending Motion for Summary Judgment.

7           This is the first request for an extension of time for Plaintiff to file his Response to

8    Defendant's Motion for Summary Judgment. This request is made in good faith and not

9    for the purpose of delay.

10          IT IS SO STIPULATED.

11

12   Dated this 29th day of January 2018          Dated this 29th day of January 2018

13

14   _/s/ Christian Gabroy_____       _/s/ Brett Bartlett_____
     Christian Gabroy (#8805)                     Brett C. Bartlett (Admitted *Pro Hac Vice*)
15   Kaine Messer (#14240)                        Jeffrey L. Glaser (Admitted *Pro Hac Vice*)
     GABROY LAW OFFICES                           SEYFARTH SHAW LLP
16   The District at Green Valley Ranch           1075 Peachtree Street, N.E., Suite 2500
     170 South Green Valley Parkway, Suite        Atlanta, Georgia 30309-3958
17   280                                          Tel    (404) 885-1500
     Henderson, Nevada 89012                      Fax    (404) 892-7056
18   Tel    (702) 259-7777                        *Attorneys for Defendant*
     Fax    (702) 259-7704
19   christian@gabroy.com
     kmesser@gabroy.com
20   *Attorneys for Plaintiff*

21

22   **IT IS SO ORDERED**.

23   _____
     UNITED STATES DISTRICT JUDGE
24   Dated: January 30, 2018.

25

26

27

28